UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.: 18-15484 |
| Thomas E. and Melissa A. Weinert | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

## RESPONSE TO THE MOTION OF FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362(d)

Comes Now, Thomas E. and Melissa A. Weinart, hereinafter referred to as "Debtors" by and through the undersigned counsel and in response to the Motion for Relief from the Automatic Stay and in support thereof avers as follows:

1. Denied.

2. Admitted.

3. Admitted.

4. Denied.

5. Denied.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Denied.

11. Admitted.

12. Denied. By way of further answer on January 22, 2019 the Debtors paid the Movant the sum of $3,673.80. Also, on December 17, 2018 the Debtors paid the Movant the sum of $1,224.60.

13. Denied.

Dated: February 4, 2019

/s/Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, #502
The Philadelphia Building
Philadelphia, PA 19107
(215) 545-0008